## Second Department, September, 1981

## (September 4, 1981)

■ In the Matter of Owen Augustin, Appellant, v Board of Elections of the City of New York et al., Respondents. — Motion by appellant, *inter alia,* to reargue an order of this court, dated August 27, 1981, which dismissed his appeal from a judgment of the Supreme Court, Kings County, dated August 17, 1981. Motion granted to the extent that the decision and order of this court both dated August 27, 1981 [83 AD2d 890], are recalled and vacated and the following substituted decision is rendered: In a proceeding to validate petitions designating the petitioner as a candidate in the Democratic Party Primary Election to be held on September 10, 1981 for the public office of Councilman from the 26th Councilmanic District, the appeal is from a judgment of the Supreme Court, Kings County (Slavin, J.), dated August 17, 1981, which, *inter alia,* dismissed the proceeding. Judgment affirmed, without costs or disbursements. No opinion. Mangano, J.P., Rabin, Margett and Thompson, JJ., concur.